**DISMISSED and Opinion Filed October 14, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01073-CV

## IN RE MICHAEL RAY SMITH, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9418633**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Breedlove

Before the Court is relator's September 11, 2024 petition for writ of mandamus. Relator asks this Court to compel the trial court to rule on relator's March 10, 2020 "Motion for DNA Testing Pursuant to Code of Criminal Procedure, Article 64.01." On September 19, 2024, we requested a response to relator's petition. On October 9, 2024, real party in interest filed a response and provided the Court with a certified copy of the trial court's order dated September 16, 2024 denying relator's motion.

This Court lacks subject-matter jurisdiction over a case that has become moot. *In re Johnson*, 599 S.W.3d 311, 312 (Tex. App.—Dallas 2020, orig. proceeding). A

case becomes moot if the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome. *Id*. The trial court's September 16, 2024 ruling on relator's motion delivers all relief relator requested and is entitled to in this original proceeding. Thus, this original proceeding is now moot. *See id*.

Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.

/Maricela Breedlove/

241073f.p05

MARICELA BREEDLOVE
JUSTICE